PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendant
New Jersey Transit Corporation

By: Adam K. Phelps
    Deputy Attorney General
    Department of Law and Public Safety
    Division of Law
    One Penn Plaza East - 4th Flr.
    Newark, New Jersey 07105
    (973) 491-7035

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT FOUCHE, | Civil Case No.: 2:09-cv-03766 |
| Plaintiff, | Civil Action |
| vs. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| NEW JERSEY TRANSIT CORPORATION, | |
| Defendant. | |

To: Matthew B. Weisberg, Esquire
    Prochniak Weisberg, P.C.
    7 South Morton Avenue
    Morton, Pennsylvania 19070
    Attorney for Plaintiff

**PLEASE TAKE NOTICE** that pursuant to Rule 56 of the Federal Rules of Civil Procedure, the undersigned, attorney for defendant New Jersey Transit Corporation ("NJ Transit") shall move before U.S. Magistrate Judge Madeline Cox Arleo at the United States District Court, U.S. Courthouse, M.L. King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark,

New Jersey 07102, for an order granting summary judgment on behalf of NJ Transit.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion undersigned counsel shall rely upon the annexed Brief, Statement of Undisputed Material Facts and Affidavits of Adam K. Phelps, DAG. A proposed form of order is also being submitted.

                                     Respectfully Submitted,

                                     PAULA T. DOW
                                   ATTORNEY GENERAL OF NEW JERSEY
                                   Attorney for Defendant

By: _____
     Adam K. Phelps
     Deputy Attorney General

Dated:    December 29, 2010