PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendant
New Jersey Transit Corporation

By:  Adam K. Phelps
     Deputy Attorney General
     Department of Law and Public Safety
     Division of Law
     One Penn Plaza East - 4th Flr.
     Newark, New Jersey 07105
     (973) 491-7035

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROGER FOUCHE, | Civil Case No.: 2:09-cv-03766 |
| Plaintiff, | Civil Action |
| vs. | **ORDER GRANTING SUMMARY JUDGMENT** |
| NEW JERSEY TRANSIT CORPORATION, | |
| Defendant. | |

This matter, having been opened to the Court upon the filing of a Motion by Adam K. Phelps, DAG, attorney for defendant New Jersey Transit Corporation ("NJ Transit"), seeking summary judgment to be granted on behalf of NJ Transit, and the Court having read all papers and heard all arguments, and with good cause having been shown,

**IT IS ON THIS** _____ **DAY OF** _____, 2011

**ORDERED** that summary judgment be and is hereby granted on behalf of defendant, NJ Transit; and it is further

2

**ORDERED** that a copy of the within order be served on all parties within 7 days from the date hereof.

_____
Madeline Cox Arleo, U.S.M.J.

\_\_\_\_\_ Opposed
\_\_\_\_\_ Unopposed