UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROGER FOUCHE,<br><br>  Plaintiff,<br><br>v.<br><br>NEW JERSEY TRANSIT CORP.,<br><br>  Defendant. | Civil Action No. 2:09-cv-03766 (SDW) (MCA)<br><br>**ORDER**<br><br>July 11, 2011 |

**WIGENTON**, District Judge.

Before the Court is Defendant's, New Jersey Transit Corporation, motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, § 1343, and 42 U.S.C. § 2000(e)-5(f). Venue is proper pursuant to 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000(e)-5(f)(3). This Court, having considered the parties' submissions, decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons discussed by this Court in its Opinion dated July 11, 2011, it is on this 11th day of July, 2011,

  **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED.**
  **SO ORDERED.**

                                        s/Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:   Madeline Cox Arleo, U.S.M.J.
      Parties